# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-464-RPM-OES

CITIZENS FOR PEACE IN SPACE, an unincorporated association,
WILLIAM SULZMAN,
MARY LYNN SHEETZ,
BARBARA HUBER,
GERARD JACOBITZ,
DONNA JOHNSON, and
APRIL PERGL,

      Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,
a Colorado municipal corporation,

      Defendant.

_____

## ORDER FOR COST BOND FOR APPEAL
_____

      Upon consideration of Plaintiffs' Motion for Leave to Submit Cost Bond for Appeal, the

Court GRANTS the Motion. Plaintiffs are authorized to post with the registry of this Court a cash

bond for costs in the amount of $3,903.76, being the amount of the costs taxed in this matter on

August 2, 2005.

DONE AND ORDERED this 2nd day of August, 2005.

BY THE COURT:

s/ Richard P. Matsch

_____

United States District Judge